**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 98-6193**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AARON THOMAS, a/k/a Kenny Murphy,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CR-94-169, CA-97-391-2)

―――――――――――

Submitted: July 2, 1998          Decided: July 27, 1998

―――――――――――

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Aaron Thomas, Appellant Pro Se. Miller Allison Bushong, III, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Thomas, Nos. CR-94-169; CA-97-391-2 (S.D.W. Va. Dec. 22, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2